UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARLIE PATON, | No. 2:18-cv-0628 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| R. BROCKENBOROUGH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that defendant Martin has violated his rights under the Fourteenth Amendment's Equal Protection Clause and under the Eighth Amendment. (See ECF No. 1).

On August 25, 2020, defendant Martin filed a motion to opt out of the post-screening ADR project. (ECF No. 26). After reviewing the motion, the court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 28) is GRANTED, and the stay of this action is LIFTED, and

////

////

////

////

1

2. Within twenty-one days from the date of this order, defendant shall file a responsive pleading.

Dated: August 27, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/pato0628.optout.post.waiver